JUDGMENT

================================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

NO. 98-56704
DCT/AG#: CV-97-00864-SVW-Cwx

H-D MICHIGAN, INC., a Michigan corporation; HARLEY-DAVIDSON
MOTOR COMPANY, a Wisconsin corporation

    Plaintiffs - Appellees

v.

BIKERS DREAM, INC., a California corporation

    Defendant

    and

SOUTH COUNTY MOTORCYCLE, INC., a California Corporation

    Defendant - Appellant

----------------------

APPEAL FROM the United States District Court for the Central District of California, Los Angeles.

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Los Angeles and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is AFFIRMED in part, REMANDED in part, and DISMISSED in part.



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
OCT 16 2000
by: _____
Deputy Clerk

Docketed
Copies / NTC Sent
__ JS - 5 / JS - 6
✓ JS - 2 / JS - 3
__ CLSD

217

Filed and entered          August 24, 2000

NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

AUG 2 5 2000

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| H-D MICHIGAN, INC., a Michigan corporation; HARLEY-DAVIDSON MOTOR COMPANY, a Wisconsin corporation, <br><br> v. <br><br> BIKERS DREAM, INC., a California corporation, <br><br> Defendant <br><br> and <br><br> SOUTH COUNTY MOTORCYCLE, INC., a California Corporation, <br><br> Defendant - Appellant. | No. 98-56704 <br><br> D.C. No. CV-97-864-SVW-CWX <br><br> FILED <br> CLERK, U.S. DISTRICT COURT <br> OCT 20 2000 <br> CENTRAL DISTRICT OF CALIFORNIA <br> BY          DEPUTY <br><br> ORDER |

Before RYMER, KLEINFELD, and PAEZ, Circuit Judges:

Costs are awarded in favor of H-D Michigan, Inc. and Harley-Davidson Motor Company.



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
OCT 16 2000
by: Deputy Clerk

**FILED**

NOT FOR PUBLICATION

**AUG 24 2000**

UNITED STATES COURT OF APPEALS

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| H-D MICHIGAN, INC., a Michigan corporation; HARLEY-DAVIDSON MOTOR COMPANY, a Wisconsin corporation, | No. 98-56704 <br><br> D.C. No. CV-97-864-SVW(CWx) |
| Plaintiffs - Appellees, | |
| v. | |
| BIKERS DREAM, INC., a California corporation, | FILED<br>CLERK, U.S. DISTRICT COURT<br>OCT 2 0 2000<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |
| Defendant, | |
| and | MEMORANDUM[1] |
| SOUTH COUNTY MOTORCYCLE, INC., a California Corporation, | |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Stephen V. Wilson, District Judge, Presiding

---

[1] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.

1

Submitted July 11, 2000[2]
Pasadena, California

BEFORE: RYMER, KLEINFELD, and PAEZ, Circuit Judges.

South County appeals the decision of the district court awarding Harley-Davidson summary judgment. South County contends that the district court abused its discretion in setting the discovery schedule, erred in granting summary judgment on Harley-Davidson's trademark infringement, trademark counterfeiting, and trademark dilution claims, and erred in awarding and calculating the damages. Finally, South County appeals the award of attorney's fees.

We find the district court did not abuse its discretion regarding the discovery schedule. We conclude that summary judgment was properly granted on the trademark infringement, trademark counterfeiting and trademark dilution claims, for the well stated reasons of the district court. We also affirm the awarding and calculation of damages, for the reasons stated by the district court.

South County appeals the award of attorney's fees. However, the district court has yet to set the amount of the award. "[B]ecause the district court did not set a specific amount for its award of attorney's fees in this case, there is no basis

---

[2] The panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

2

for review."³ We remand so the district court can set the amount of the award.

South County also argues on appeal that the award to Harley-Davidson should have been reduced by the amount Harley had received from other infringers. However, South County never asserted this claim in its opposition to summary judgment. The argument has been waived.⁴

The judgment of the district court is AFFIRMED in part, REMANDED in part, and DISMISSED in part.



---

³ Penn Central Corp. v. Western Conference of Teamsters Pension Trust Fund, 75 F.3d 529, 535 (9th Cir. 1996).

⁴ Parks School of Business, Inc. v. Symington, 51 F.3d 1480, 1487 (9th Cir. 1995).